**No. 61112.**—Wally Harasty and Surface Freight Corp. et al. *v.* United States, protests 242171–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

**No. 61113.**—Markt & Hammacher Co. *v.* United States, protests 300520–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

**No. 61114.**—Karavan Trading Co. and H. W. Robinson Air Frt. Corp. et al. *v.* United States, protests 273160–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

JULY 30, 1957

**No. 61115.**—Oscar J. Wile & Company *v.* United States, protest 207453–K.— Protests abandoned June 14, 1957. (Not published.) (Initial No. 197588–K.) Plaintiff's application for rehearing granted.